# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 1511

VERSUS

TERRY FLANAGAN

DEC 2 3 2019

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Relator alleges he filed this request for mandamus relief 53 days after he filed the motion in the court below. According to the record of the East Baton Rouge Parish Clerk of Court, the motion was filed on November 19, 2019, four days after relator filed the instant writ. This court will not intervene in a proceeding where the applicant has not allowed sufficient time for the trial court to respond.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT